IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANK GATTUSO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERSTATE NATIONAL DEALER SERVICES,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-01536-MHC |

**CONSENT EXTENSION OF TIME TO RESPOND**

Pursuant to Federal Rule of Civil Procedure 6(b) and consent of the undersigned counsel of record, the Defendant shall have through and including June 9, 2018 within which to move, answer, or otherwise respond to the Plaintiff's Complaint. By agreeing to this Consent Extension, neither Plaintiff nor Defendant waives any claims or defenses, all of which are expressly reserved.

It is so ORDERED this 10th day of May, 2018.

_____
The Honorable Mark H. Cohen

We Consent: (electronic signatures on next page)

1

sf-3896534

MORRISON & FOERSTER LLP

By:  /s/ J. Alexander Lawrence
Georgia Bar No. 439865
Attorneys for Defendant
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: alawrence@mofo.com

and

ROBIN FRAZER CLARK, P.C.

By:  /s/ Robin Frazer Clark (w/ express permission by JAL)
Georgia Bar No. 274620
Attorney for Plaintiff
Centennial Tower, Suite 2300
101 Marietta Street, NW
Atlanta, Georgia 30303
Telephone: (404) 873-3700
Facsimile: (404) 876-2555
Email: robinclark@gatriallawyers.net

THE SULTZER LAW GROUP, P.C.

By:  /s/ Adam R. Gonnelli (w/ express permission by JAL)
Admitted *Pro Hac Vice*
Attorney for Plaintiff
85 Civic Center Plaza
Poughkeepsie, New York 12601
Telephone: (845) 483-7100
Email: gonnellia@thesultzerlawgroup.com