IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANK GATTUSO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERSTATE NATIONAL DEALER SERVICES,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-01536-MHC |

## STIPULATION OF DISMISSAL

Plaintiff Frank Gattuso and Defendant Interstate National Dealer Services agree to this stipulation of dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii) against Defendant Interstate National Dealer Services. Each party shall bear its own costs and expenses.

Submitted this 26th day of July, 2018.

    Respectfully submitted,

    **MORRISON & FOERSTER LLP**

    *s/ J. Alexander Lawrence*
    J. Alexander Lawrence
    Georgia Bar No. 439865
    Attorney for Defendant

1

sf-3913404

250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: alawrence@mofo.com

Consented to:

ROBIN FRAZER CLARK, P.C.

By:   /s/ Robin Frazer Clark (w/ express permission by JAL)
Georgia Bar No. 274620
Attorney for Plaintiff
Centennial Tower, Suite 2300
101 Marietta Street, NW
Atlanta, Georgia 30303
Telephone: (404) 873-3700
Facsimile: (404) 876-2555
Email: robinclark@gatriallawyers.net



THE SULTZER LAW GROUP, P.C.

By:   /s/ Adam R. Gonnelli (w/ express permission by JAL)
Admitted *Pro Hac Vice*
Attorney for Plaintiff
85 Civic Center Plaza
Poughkeepsie, New York 12601
Telephone: (845) 483-7100
Email: gonnellia@thesultzerlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FRANK GATTUSO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERSTATE NATIONAL DEALER SERVICES,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-01536-MHC |

## CERTIFICATE OF SERVICE

I hereby certify that, on July 26, 2018, I electronically filed the foregoing **STIPULATION OF DISMISSAL** with the Clerk using the CM/ECF system which will automatically send e-mail notifications of such filing to the following attorneys of record:

  Robin Frazer Clark
  Robin Frazer Clark, P.C.
  Centennial Tower, Suite 2300
  101 Marietta Street, NW
  Atlanta, Georgia 30303

sf-3913404

Adam R. Gonnelli
The Sultzer Law Group, P.C.
85 Civic Center Plaza
Poughkeepsie, New York 12601

This 26th day of July, 2018.

                        Respectfully submitted,

                        **MORRISON & FOERSTER LLP**

                        *s/ J. Alexander Lawrence*
                        J. Alexander Lawrence
                        Georgia Bar No. 439865
                        Attorney for Defendant
                        250 West 55th Street
                        New York, New York 10019-9601
                        Telephone: (212) 468-8000
                        Facsimile: (212) 468-7900
                        Email: alawrence@mofo.com

sf-3913404